1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,       ) | |
|                 ) | |
|       Plaintiff,    ) | Case No. 2:16-cv-00309-GMN-GWF |
|                 ) | |
| vs.                 ) | **ORDER** |
|                 ) | |
| WOODCREST HOMEOWNERS   ) | |
| ASSOCIATION, *et al.*,    ) | |
|                 ) | |
|       Defendants.   ) | |

This matter is before the Court on Defendant Woodcrest Homeowners Association's Motion to Substitute Attorney (ECF No. 26), filed on September 15, 2016.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion to Substitute Attorney (ECF No. 26) is **granted**.  The Clerk of the Court shall substitute Steven T. Loizzi, Esq. of Alessi & Koenig, LLC as counsel of record for Defendant Woodcrest Homeowners Association in the place of J. William Ebert, Esq. and David Markman, Esq. of Lipson Nielson Cole Seltzer & Garin, P.C.

DATED this 16th day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge