ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>                    Plaintiff, <br><br> vs. <br><br> WOODCREST HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, <br><br>                    Defendants. | Case No. 2:16-cv-00309-GMN-GWF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES** <br><br> **(FIRST REQUEST)** |

Bank of America, N.A. (**BANA**), and Airmotive Investments, LLC (**Airmotive**), hereby stipulate and agree that BoNYM shall up to and including **December 14, 2018**, to file its response to Airmotive's motion for summary judgment [ECF No. 39] and Airmotive's motion to dismiss, or alternatively, motion for summary judgment [ECF No. 40]. Both of Airmotive's motions were filed on November 20, 2018. BANA's response to Airmotive's motion to dismiss, ECF No. 40, is currently due on December 4, 2018. BANA's response to Airmotive's motion for summary judgment is currently due on December 11, 2018.

. . .

. . .

. . .

47159426;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this __4th__ day of December, 2018.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Timothy E. Rhoda* |
| ARIEL E. STERN, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 7878 |
| JAMIE K. COMBS, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 4958 |
| 1635 Village Center Circle, Suite 200 | 9120 W. Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Airmotive Investments, LLC* |

**IT IS SO ORDERED.**

DATED this __6__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

47159426;1