ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00309-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |
| WOODCREST HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Bank of America, N.A. (**BANA**), Airmotive Investments, LLC (**Airmotive**), Absolute Collection Services, LLC (**Absolute**), and Woodcrest Homeowners Association (**Woodcrest**), hereby stipulate and agree to extend the dispositive motion deadline up to and including **December 21, 2018**. The current deadline to file dispositive motion deadlines, per the court's November 20, 2018 minute order, is December 12, 2018.

. . .

. . .

. . .

. . .

47249458;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party, but to allow the parties additional time to prepare the briefing.

DATED this __12th__ day of December, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
| */s/ Jamie K. Combs* | */s/ Timothy E. Rhoda* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| JAMIE K. COMBS, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 W. Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| | |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Airmotive Investments, LLC* |
| | |
| **ABSOLUTE COLLECTION SERVICES, LLC** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| */s/ Shane D. Cox* | */s/ Karen Kao* |
| SHANE D. COX, ESQ. | J. WILLIAM EBERT, ESQ. |
| Nevada Bar No. 13852 | Nevada Bar No. 2697 |
| 8440 W Lake Mead Blvd., Suite 210 | KAREN KAO, ESQ. |
| Las Vegas, NV 89128 | Nevada Bar No. 14386 |
| | 9900 Covington Cross Drive, Suite 120 |
| *Attorney for Defendant Absolute Collection Services, LLC* | Las Vegas, Nevada 89144 |
| | *Attorneys for Defendant Woodcrest Homeowners Association* |

**IT IS SO ORDERED.**

Dated this __13__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

47249458;1