LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Woodcrest Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>WOODCREST HOMEOWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00309-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR WOODCREST HOMEOWNERS ASSOCIATION TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Bank of America, N.A., Defendant Woodcrest Homeowners Association, Defendant Airmotive Investments, LLC, and Defendant Absolute Collection Services, LLC (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby

STIPULATE AND AGREE that the deadline for Defendant Woodcrest Homeowners Association to file a response to Plaintiff's Motion for Summary Judgment [ECF No. 50] be extended one week from Friday, January 11, 2019, to Friday, January 18, 2019.

\ \ \

\ \ \

This is the first request to extend the deadline for Woodcrest Homeowners Association to respond to Plaintiff's motion for summary judgment.

DATED this 11th day of January, 2019.

LIPSON NEILSON P.C.

/s/ J. William Ebert
_____
J. William Ebert, Esq.
Nevada Bar No. 2697
Karen Kao, Esq.
Nevada Bar No. 14386
9900 Covington Cross Dr., Suite 120 Las Vegas, NV 89144
Tel: 702-382-1500
Fax: 702-382-1512
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Woodcrest Homeowners Association*

DATED this 11th day of January, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
_____
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Ste. 100
Las Vegas, NV 89148
Tel: 702-254-7775
Fax: 702-228-7719
croteaulaw@croteaulaw.com

*Attorney for Airmotive Investments, LLC*

DATED this 11th day of January, 2019.

AKERMAN LLP

/s/ Jamie K. Combs
_____
Ariel E. Stern, Esq.
Nevada Bar No. 8216
Jamie K. Combs, Esq.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel: 702-634-5000
Fax: 702-380-8572
ariel.stern@akerman.com
jamie.combs@akerman.com

*Attorneys for Bank of America*

DATED this 11th day of January, 2019.

ABSOLUTE COLLECTION SERVICES, LLC

/s/ Shane D. Cox
_____
Shane D. Cox, Esq.
Nevada Bar No. 13852
7485 W. Azure Drive, Ste 129
Las Vegas, NV 89128
shane@absolute-collection.com
Tel: 702-531-3394
Fax: 702-531-3396

*Attorney for Absolute Collection Services, LLC*

**IT IS SO ORDERED.**

DATED this __12__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

*Bank of America, N.A. v. Woodcrest Homeowners Association, et al.*

CASE NO.: 2:16-cv-00309-GMN-GWF

_____

Respectfully submitted by:
LIPSON NEILSON P.C.

By: */s/ J. William Ebert*
_____
J. William Ebert, Esq. (Bar # 2697)
Karen Kao, Esq. (Bar # 14386)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant*
*Woodcrest Homeowners Association*